# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

AHMAD FAWZI ISSA, :

    Petitioner, : Case No. 1:03-cv-280

                                     : District Judge Walter H. Rice
    -vs-                          Magistrate Judge Michael R. Merz
                                     :

TIM SHOOP, Warden,
   Chillicothe Correctional Institution,

                                     :

    Respondent.

## CONDITIONAL WRIT OF HABEAS CORPUS

Pursuant to the Mandate of the United States Court of Appeals for the Sixth Circuit (ECF No. 244), IT IS HEREBY ORDERED that the State of Ohio retry the Petitioner Ahmad Fawzi Issa within 180 days of the date of this Writ and, unless Petitioner is again convicted and sentenced pursuant to a new judgment of the Hamilton County Court of Common Pleas, release him from custody.

July 2, 2019.

                                                                            Walter H. Rice
                                                                    United States District Judge