# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

AHMAD FAWZI ISSA, :

    Petitioner, : Case No. 1:03-cv-280

                                  : District Judge Walter H. Rice
    -vs-                             Magistrate Judge Michael R. Merz
                                  :

TIM SHOOP, Warden,
  Chillicothe Correctional Institution,
                                  :

    Respondent.

## ORDER DISSOLVING ORDER TO COMPLETE THE RECORD

       This capital habeas corpus case is before the Court on remand from the United States Court of Appeals for the Sixth Circuit (Mandate, ECF No. 244) and as reopened on the docket (Notation Order, ECF No. 245). On August 7, 2019, the Court ordered that the record in the case be completed by the filing of a certificate from Warden Shoop and a certified copy of the Entry Vacating Conviction (ECF No. 250).

       Petitioner's habeas corpus counsel has this day provided the Court with a copy of the Judgment Entry accepting Petitioner's plea of guilty to the charge of involuntary manslaughter and sentencing him to time already served; a copy is attached.

       This sufficiently completes the record to show that the Conditional Writ has been complied with. Accordingly, the Order to Complete the Record is DISSOLVED and Respondent need not comply further with it.

       The Clerk shall furnish a copy of this Order to Patricia Elder, death penalty clerk for the United States Court of Appeals for the Sixth Circuit.

1

IT IS SO ORDERED.


August 21, 2019.

s/ *Michael R. Merz*<br>
United States Magistrate Judge

```
ENTERED
AUG 16 2019
D126325276
```

THE STATE OF OHIO, HAMILTON COUNTY
COURT OF COMMON PLEAS

date: **08/16/2019**
code: **GJEI**
judge: **271**

*Foley, J.*          8/16/2019
                     (for Judge)

Judge: **J. PATRICK FOLEY III**

NO: **B 9709438**

**STATE OF OHIO**
  **VS.**
**AHMAD FAWZI ISSA**

**JUDGMENT ENTRY: SENTENCE: INCARCERATION**

Defendant was present in open Court with Counsel **WILKES R ELLSWORTH AND TIMOTHY MCKENNA** on the **16th day of August 2019** for sentence.
The court informed the defendant that, as the defendant well knew, the defendant had pleaded guilty, and had been found guilty of the offense(s) of:
**count 1: INVOLUNTARY MANSLAUGHTER WITH SPECIFICATION #1 (DISMISS SPEC #2) (AMENDED), 2903-04A/ORCN, F1**

The Court afforded defendant's counsel an opportunity to speak on behalf of the defendant. The Court addressed the defendant personally and asked if the defendant wished to make a statement in the defendant's behalf, or present any information in mitigation of punishment.

Defendant is sentenced to be imprisoned as follows:
**count 1: CONFINEMENT: 10 Yrs DEPARTMENT OF CORRECTIONS**
**CONFINEMENT ON SPECIFICATION #1: 3 Yrs DEPARTMENT OF CORRECTIONS**
**TO BE SERVED CONSECUTIVELY AND PRIOR TO THE SENTENCE IMPOSED IN UNDERLYING OFFENSE IN COUNT #1**

**THE TOTAL AGGREGATE SENTENCE IS THIRTEEN (13) YEARS IN THE DEPARTMENT OF CORRECTIONS.**

**DEFENDANT HAS 7924 DAYS JAIL TIME CREDIT TO DATE.**

**THE DEFENDANT IS FOUND INDIGENT.**

**REMIT COURT COSTS AND PUBLIC DEFENDER ATTORNEY FEES.**

**FURTHER, IN ACCORDANCE WITH RC 2901.07, THE DEFENDANT IS REQUIRED TO SUBMIT A DNA SPECIMEN WHICH WILL BE COLLECTED AT THE PRISON, JAIL, CORRECTIONAL OR DETENTION FACILITY TO WHICH THE DEFENDANT HAS BEEN SENTENCED. IF THE SENTENCE INCLUDES ANY PERIOD OF PROBATION OR COMMUNITY CONTROL, OR IF AT ANY TIME THE DEFENDANT IS ON PAROLE, TRANSITIONAL**

Defendant was notified of the right to appeal as required by Crim. R 32(B).

THE STATE OF OHIO, HAMILTON COUNTY
COURT OF COMMON PLEAS

date: 08/16/2019
code: GJEI
judge: 271

*Foley, J.*     8/16/2019
(for Judge)

Judge: **J. PATRICK FOLEY III**

NO: B 9709438

**STATE OF OHIO**
   VS.
**AHMAD FAWZI ISSA**

**JUDGMENT ENTRY: SENTENCE: INCARCERATION**

CONTROL OR POST-RELEASE CONTROL, THE DEFENDANT WILL BE REQUIRED, AS A CONDITION OF PROBATION, COMMUNITY CONTROL, PAROLE, TRANSITIONAL CONTROL OR POST-RELEASE CONTROL, TO SUBMIT A DNA SPECIMEN TO THE PROBATION DEPARTMENT, ADULT PAROLE AUTHORITY, OR OTHER AUTHORITY AS DESIGNATED BY LAW. IF THE DEFENDANT FAILS OR REFUSES TO SUBMIT TO THE REQUIRED DNA SPECIMEN COLLECTION PROCEDURE, THE DEFENDANT WILL BE SUBJECT TO ARREST AND PUNISHMENT FOR VIOLATING THIS CONDITION OF PROBATION, COMMUNITY CONTROL, PAROLE, TRANSITIONAL CONTROL OR POST-RELEASE CONTROL.

AS PART OF THE SENTENCE IN THIS CASE, THE DEFENDANT SHALL BE SUPERVISED BY THE ADULT PAROLE AUTHORITY AFTER DEFENDANT LEAVES PRISON, WHICH IS REFERRED TO AS POST-RELEASE CONTROL, FOR FIVE (5) YEARS.

IF THE DEFENDANT VIOLATES POST-RELEASE CONTROL SUPERVISION OR ANY CONDITION THEREOF, THE ADULT PAROLE AUTHORITY MAY IMPOSE A PRISON TERM, AS PART OF THE SENTENCE, OF UP TO NINE (9) MONTHS, WITH A MAXIMUM FOR REPEATED VIOLATIONS OF FIFTY PERCENT (50%) OF THE STATED PRISON TERM. IF THE DEFENDANT COMMITS A NEW FELONY WHILE SUBJECT TO POST-RELEASE CONTROL, THE DEFENDANT MAY BE SENT TO PRISON FOR THE REMAINING POST-RELEASE CONTROL PERIOD OR TWELVE (12) MONTHS, WHICHEVER IS GREATER. THIS PRISON TERM SHALL BE SERVED CONSECUTIVELY TO ANY PRISON TERM IMPOSED FOR THE NEW FELONY OF WHICH THE DEFENDANT IS CONVICTED.

\*\*\* PSI WAIVED, GUILTY PLEA AND AGREED SENTENCE \*\*\*

Defendant was notified of the right to appeal as required by Crim. R 32(B).