# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

AHMAD FAWZI ISSA, :

    Petitioner, : Case No. 1:03-cv-280

                                     : District Judge Walter H. Rice
-vs-                           Magistrate Judge Michael R. Merz
                                     :

TIM SHOOP, Warden,
  Chillicothe Correctional Institution,
                                     :

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

This capital habeas corpus case is before the Court on the Magistrate Judge's Report and Recommendations of December 8, 2020 (Doc. No. 253). The Court has reviewed that Report, and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 22, 2020, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Order for Administrative Processing (ECF No. 248) be, and it hereby is, VACATED and the Clerk shall enter final judgment dismissing the case as moot because Petitioner has been released from custody on the underlying judgment.

January 19, 2021

                                                                     Walter H. Rice
                                                                     United States District Judge